TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00577-CV

Rex Eubank and Bonnie Eubank, Appellants

v.

Wendell Estes and Lyn Estes, Appellees

FROM THE COUNTY COURT AT LAW NO. 1 OF TOM GREEN COUNTY

NO. 98C049-L, HONORABLE R. L. BLANN, JUDGE PRESIDING 

PER CURIAM 

 The parties to this appeal have filed a joint motion to dismiss this appeal. We grant
the motion and dismiss the appeal.

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Joint Motion

Filed: May 13, 1999

Do Not Publish